# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __**5**__

-------------------------------------------------

*Swenton*

-v-

*Rock*

-------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # **08-cv-6796**

JUDGE: **KMW**

DATE: __AUGUST 22, 2008__

## INDEX TO THE RECORD ON APPEAL

*U. S. DISTRICT COURT FILED  AUG 22 2008  S. D. OF N.Y.*

PREPARED BY (NAME): _____**THOMAS R. PISARCZYK**_____
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: _____500 PEARL STREET, ROOM 370_____
_____NEW YORK, NEW YORK 10007_____
PHONE NO.: _____(212) 805 - 0636_____

DISTRICT COURT DOCKET ENTRIES ---------------------------------------------------------

DOCUMENT DESCRIPTION                                                          DOC. #

_____CLERK'S CERTIFICATE_____   _____

_____SEE ATTACHED LIST OF NUMBERED DOCUMENTS_____   _____

Doc's #1 and 2 already in USCA on transfer.   _____

Doc # 3 missing at this time   _____

( **✓** ) **Original Record**                          (_____) **Supplemental Record**

**The record in the above entitled case was indexed to the U.S.C.A**
**for the Second Circuit on the 22ND Day of August, 2008.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

*Swinton*

-v-

*Rock*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08·W·6796

JUDGE: _____KMW_____

DATE: _AUGUST 22, 2008_

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through ____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | Documents #1 and #2 are already in USCA on Transfer Order |
| | Document #3 is missing at this time |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 22ND Day of August In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
               Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-06796-KMW**
**Internal Use Only**

Swinton v. Rock
Assigned to: Judge Kimba M. Wood
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/30/2008
Date Terminated: 07/30/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2008 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254..Document filed by Reginald Swinton.(rdz) (Entered: 08/05/2008) |
| 07/30/2008 | | Magistrate Judge Andrew J. Peck is so designated. (rdz) (Entered: 08/05/2008) |
| 07/30/2008 | 2 | TRANSFER ORDER (U.S.C.A.),Since petitioner submitted the instant petition to this court unaware of the requirement that the court of appeals must authorize this filing, this court transfers this matter to the U.S.C.A. for the Second Circuit in the interest of Justice. This order closes this docket number. If the Circuit authorizes petitioner to proceed in this Court, petitioner shall move to reopen under this docket number. SO ORDERED. Sent original file along with documents numbered 1-2, certified copy of docket entries and transfer order. Mailed via Inter-Office Mail on 8/7/2008. (Signed by Judge Kimba M. Wood on 7/30/2008) (mbe) (Entered: 08/07/2008) |
| 08/13/2008 | | Received a letter from the United States Court of Appeals Second Circuit acknowledging receipt of the entire file and assigned Case Number: 08-3935. (mbe) (Entered: 08/15/2008) |
| 08/15/2008 | 4 | NOTICE OF APPEAL from 2 Transfer Order U.S.C.A. Document filed by Reginald Swinton. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 08/22/2008) |
| 08/15/2008 | | Appeal Remark as to 4 Notice of Appeal filed by Reginald Swinton. $455.00 APPEAL FEE DUE. IFP REVOKED 8/21/08. COA DENIED 8/21/08. (tp) (Entered: 08/22/2008) |
| 08/21/2008 | 3 | ORDER that for purposes of the appeal of the Court's 7/30/08, the Court determines that petitioner's application for habeas relief makes no substantial showing of a denial of a constitutional right and, thus, a certificate of appealability will not issue. 28 U.S.C. 2253; Lozada v. United States, 107 F.3d 1011 (2d Cir. 1997), abrogated on other grounds by United States v. Perez, 129 F.3d 255, 259-260 (2d Cir. 1997). The Court also certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this Court's 7/30/08 Order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). (Signed by Judge Kimba M. Wood on 8/21/08) (dle) (Entered: 08/22/2008) |
| 08/22/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 08/22/2008) |
| 08/22/2008 | | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 08/22/2008) |